UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY LYN KRUEGER,

        Petitioner,               Case No. 1:06-cv-414

v.                                        Honorable Robert Holmes Bell

CAROL HOWES,

        Respondent.
_____/

## ORDER

In accordance with the memorandum opinion entered this day:

IT IS ORDERED that Petitioner's objections to the report and recommendation (docket #7) are OVERRULED.

IT IS FURTHER ORDERED that the petition is dismissed pursuant to Rule 4 of the RULES GOVERNING § 2254 CASES because it lacks merit on its face.

Date:    September 19, 2006       /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  CHIEF UNITED STATES DISTRICT JUDGE